UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

MANUEL MOLINA,

        Petitioner,

v.

J. TIM OCHOA, Warden,

        Respondent.

) ED CV 10-1726-AG (SH)
) JUDGMENT

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 3/31/11

ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

1